UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LAYEK HUSSAIN,

Petitioner,

v.                                                        26-CV-6389 (JLS)

JAMES BAUSCH, *in his official
capacity as Deputy Field Office Director,
Buffalo Field Office,
U.S. Immigration & Customs
Enforcement*; TAMMY MARICH,
*in her official capacity as Field Office
Director, Buffalo Field Office, U.S.
Immigration & Customs Enforcement*;
TODD LYONS, *in his official capacity
as Acting Director, U.S. Immigration
and Customs Enforcement*;
MARKWAYNE MULLIN, *in his official
capacity as Secretary of Homeland
Security*; TODD BLANCHE,
*in his official capacity as the Attorney
General of the United States,*

Respondents.

---

## ORDER

Petitioner Layek Hussain is a civil immigration detainee currently detained

at the Buffalo Federal Detention Facility.  Through counsel, Petitioner claims that

he is being detained in violation of the United States Constitution and federal laws.

*See* Dkt. 1.  He paid the $5.00 filing fee.

IT IS HEREBY ORDERED that, by **May 22, 2026**, Respondents shall file

and serve an **answer** responding to the allegations in the petition; and it is further

ORDERED that, by **May 22, 2026**, Respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that, by **May 22, 2026**, instead of an answer, Respondents may file a **motion to dismiss** the petition, accompanied by appropriate exhibits demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that Petitioner's written response to Respondents' answer or motion to dismiss is due by **June 16, 2026**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the petition, together with a copy of this order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

Dated:       April 8, 2026
             Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

2